**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| ANGELA BURKE, | ) |
| | ) |
| Plaintiff, | ) Case: 3:23-cv-03142-CRL-KLM |
| | ) |
| v. | ) |
| | ) |
| JOHNSONVILLE PACKAGING INC., | ) Jury Trial Demanded |
| And EXPRESS SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Nathan C. Volheim and Chad Eisenback of the firm Sulaiman Law Group, Ltd., counsel for Angela Burke ("Plaintiff"), moving to withdraw as counsel. In support thereof, the undersigned counsel on behalf of Sulaiman Law Group states as follows:

1. Mr. Volheim and Mr. Eisenback were retained by Plaintiff to represent her in the instant action.

2. Following the commence of this action, Mr. Volheim, Mr. Eisenback and staff of Sulaiman Law Group, Ltd., have attempted to contact on Ms. Burke numerous occasions via electronic mail, text messages, phone calls, and regular mail to no avail.

3. Counsel is unable to continue their representation of Plaintiff due to client's unresponsiveness, failure to communicate with Counsel and failure to participate in the discovery process of litigation.

4. Because of the foregoing reasons, Counsel respectfully request to withdraw from representation in this matter.

5. Plaintiff is hereby further advised that within twenty-one (21) days after entry of the Order of Withdrawal, she should retain other counsel or file with the Clerk of this Court her

1

supplementary appearance, stating there an address at which service of notices or other papers may be had on her.

**WHEREFORE**, the law firm of Sulaiman Law Group, Ltd. by Nathan C. Volheim and Chad Eisenback, respectfully requests the Court enter an order permitting all counsel from Sulaiman Law Group, Ltd. to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

DATED: October 3, 2023

/s/ *Nathan C. Volheim, Esq.*
Nathan C. Volheim, Esq.
Chad Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: 630-575-8181
nvolheim@sulaimanlaw.com
ceisenback@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Nathan C. Volheim, Esq.*
Nathan C. Volheim, Esq.