UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANGELA BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case: 3:23-CV-03142 |
| JACKSONVILLE PACKAGING INDUSTRIES, LLC, and EXPRESS SERVICES, INC., | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

### DEFENDANT EXPRESS SERVICE, INC.'S RESPONSE TO PLAINTIFF COUNSEL'S MOTION TO WITHDRAW

Defendant Express Services, Inc., ("Express"), by and through its undersigned attorneys, responds to Plaintiff's Counsel's Motion to Withdraw as Follows.

Express takes no position on Plaintiff Counsel's Motion to Withdraw. Prior to the filing of Plaintiff's Counsel's Motion, Express and Plaintiff were conferring regarding Plaintiff's discovery responses which were originally due on September 7, 2023. Express granted Plaintiff an extension to September 21, 2023, and another extension until September 28, 2023. *See* **Exhibit A**, September 7, 2023 Email Correspondence; *See also* **Exhibit B**, September 21, 2023 Email Correspondence; *See also* **Exhibit C**, September 28 Email Correspondence. Plaintiff has not provided any responses to Express's discovery. Express also noticed Plaintiff's virtual deposition for October 24, 2023, which has been indefinitely postponed and cannot proceed without any written discovery responses. *See* **Exhibit D**, Deposition Notice. In order to complete discovery by the January 26, 2024 deadline, Express respectfully requests that the Court rule expeditiously

1

on Plaintiff's Counsel's Motion so that it may attempt to continue these conferrals with Plaintiff and/or her new counsel.

Dated: October 16, 2023

                          Respectfully Submitted,

                          /s/ Hilarie Carhill
                          One of the Attorneys for Defendant
                          **EXPRESS SERVICES, INC.**

Tobias E. Schlueter (ARDC No. 6278392)
Abigail S. Wallach (ARDC No. 6341788)
Hilarie M. Carhill (ARDC No. 6340312)
Ogletree, Deakins, Nash, Smoak, & Stewart, PC
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
T: 312-558-1220
F: 312-807-3619

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on October 16, 2023, the foregoing **Defendant Express Services, Inc.'s Response to Plaintiff Counsel's Motion to Withdraw** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing via email to:

*Attorneys for Plaintiff*
Chad W. Eisenback
Nathan C. Volheim
SULAIMAN LAW GROUP, LTD
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
630-575-8181
*ceisenback@sulaimanlaw.com*
*nvolheim@sulaimanlaw.com*

*Attorney for Defendant*
*Jacksonville Packaging Industries, Inc.*
Amy L Jackson
RAMMELKAMP BRADNEY, PC
232 W State St
PO Box 550
Jacksonville, IL 62650
217-245-6177
*ajackson@rblawyers.net*

        /s/ Hilarie Carhill
        One of the Attorneys for Defendant
        **EXPRESS SERVICES, INC.**