# EXHIBIT A

## Carhill, Hilarie M.

| | |
|---|---|
| **From:** | Wallach, Abbey |
| **Sent:** | Thursday, September 7, 2023 4:43 PM |
| **To:** | Jennie Hurlbut; Schlueter, Tobias; Carhill, Hilarie M. |
| **Cc:** | Chad W. Eisenback; Nathan Volheim; DocketPhoenix |
| **Subject:** | RE: Burke v. Express Services, et al. - Plaintiff's 1st Discovery Responses [ODNSS-OGL.037815.000572] |

No objection.


**Abbey Wallach | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3148
abbey.wallach@ogletree.com | www.ogletree.com | Bio

---

**From:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>
**Sent:** Thursday, September 7, 2023 1:19 PM
**To:** Wallach, Abbey <abbey.wallach@ogletreedeakins.com>; Schlueter, Tobias <tobias.schlueter@ogletreedeakins.com>
**Cc:** Chad W. Eisenback <ceisenback@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>
**Subject:** Burke v. Express Services, et al. - Plaintiff's 1st Discovery Responses

*[Caution: Email received from external source]*

Good afternoon counsel,

I hope this finds you well. Plaintiff is working on completing her discovery responses and requires additional time to complete them. Please let us know if you have any objection to an extension for Plaintiff to serve her Answers to Express Services' First Set of Interrogatories and Responses to their First Request for Production of Documents until September 21, 2023.

Thank you.

*Jennie Hurlbut*
Paralegal – Team Phoenix
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, IL 60148
Main (630) 575 - 8181 x 145
Direct (331) 307 - 7633
**Website:  www.AtlasConsumerLaw.com**
Email: jhurlbut@sulaimanlaw.com

 

**DEDICATION  |  INNOVATION  |  COMPASSION  |  EXCELLENCE**

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.