# EXHIBIT C

**From:** Chad W. Eisenback <ceisenback@sulaimanlaw.com>
**Sent:** Thursday, September 28, 2023 6:35 PM
**To:** Wallach, Abbey <abbey.wallach@ogletreedeakins.com>; Carhill, Hilarie M. <hilarie.carhill@ogletreedeakins.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>
**Cc:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>; Blanch, Sandra <sandra.blanch@ogletreedeakins.com>
**Subject:** RE: Burke v. Express Services, et al. [ODNSS-OGL.037815.000572]

*[Caution: Email received from external source]*

Understood.

Chad W. Eisenback, Esq.
Atlas Consumer Law
A division of Sulaiman Law Group, Ltd.
Attorneys At Law
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Phone (331) 307 - 7632
Fax (630) 575 - 8188
Website:  Atlasconsumerlaw.com
Email:  ceisenback@Sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any

attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

"All labor that uplifts humanity has dignity and importance and should be undertaken with painstaking excellence." – Martin Luther King Jr.

---

**From:** Wallach, Abbey <abbey.wallach@ogletree.com>
**Sent:** Thursday, September 28, 2023 6:29 PM
**To:** Chad W. Eisenback <ceisenback@sulaimanlaw.com>; Carhill, Hilarie M. <hilarie.carhill@ogletreedeakins.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>
**Cc:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>; Blanch, Sandra <sandra.blanch@ogletreedeakins.com>
**Subject:** RE: Burke v. Express Services, et al. [ODNSS-OGL.037815.000572]

Chad,

We aren't able to continue waiting for her discovery requests and will not be able to grant an additional extension. Not only have the discovery requests been pending for several weeks, but Ms. Burke has been in touch with Express during that time, and asked to be placed on an assignment. Express is going to reactivate her in their system and she will be eligible for future assignments. Given that fact, it's perplexing that she has not been in touch with you, but has been in touch with my client. If Ms. Burke is not interested in pursuing this matter further, she should dismiss it with prejudice.

Abbey

**Abbey Wallach | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3148
abbey.wallach@ogletree.com | www.ogletree.com | Bio

---

**From:** Chad W. Eisenback <ceisenback@sulaimanlaw.com>
**Sent:** Thursday, September 28, 2023 4:19 PM
**To:** Carhill, Hilarie M. <hilarie.carhill@ogletreedeakins.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>
**Cc:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>; Wallach, Abbey <abbey.wallach@ogletreedeakins.com>; Blanch, Sandra <sandra.blanch@ogletreedeakins.com>
**Subject:** RE: Burke v. Express Services, et al. [ODNSS-OGL.037815.000572]

**[Caution: Email received from external source]**

Hilarie or Abbey,

Please advise if our client may have a 14 day extension to respond to discovery. We have not been able to reach our client in the past  weeks. Feel free to call me to discuss.

Thanks,

Chad W. Eisenback, Esq.
Atlas Consumer Law
A division of Sulaiman Law Group, Ltd.
Attorneys At Law
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Phone (331) 307 - 7632
Fax (630) 575 - 8188
**Website:**  Atlasconsumerlaw.com
Email:  ceisenback@Sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

"All labor that uplifts humanity has dignity and importance and should be undertaken with painstaking excellence." – Martin Luther King Jr.

---

**From:** Carhill, Hilarie M. <hilarie.carhill@ogletree.com>
**Sent:** Thursday, September 21, 2023 3:54 PM
**To:** Chad W. Eisenback <ceisenback@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>
**Cc:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>; Wallach, Abbey <abbey.wallach@ogletreedeakins.com>; Blanch, Sandra <sandra.blanch@ogletreedeakins.com>
**Subject:** RE: Burke v. Express Services, et al. [ODNSS-OGL.037815.000572]

Chad and Nathan,

Thank you for your correspondence about Ms. Burke's discovery answers.  Because we need to move this case forward, and require Ms. Burke's discovery answers before we can depose her, we cannot extend a 30 day extension.  Please send us Ms. Burke's answers to our First Set of Interrogatories and First Request for Production of Documents by next Thursday, September 28, 2023.

**Hilarie M. Carhill | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-1242
hilarie.carhill@ogletree.com | www.ogletree.com

**From:** Jennie Hurlbut <jhurlbut@sulaimanlaw.com>
**Sent:** Thursday, September 21, 2023 3:26 PM
**To:** Wallach, Abbey <abbey.wallach@ogletreedeakins.com>; Carhill, Hilarie M. <hilarie.carhill@ogletreedeakins.com>
**Cc:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Chad W. Eisenback <ceisenback@sulaimanlaw.com>; DocketPhoenix <DocketPhoenix@sulaimanlaw.com>
**Subject:** Burke v. Express Services, et al.

[Caution: Email received from external source]

Good afternoon counsel,

We have Plaintiff's Answers to Express Services' First Set of Interrogatories and Responses to First Request for Production calendared to be served today. However, we are having trouble reaching our client and request a thirty-day extension to serve these discovery responses. Please let us know if you have any objection to extending the deadline for Plaintiff to serve her Answers and Responses to Defendant's first discovery requests until Monday, October 23, 2023.

Thank you,

**Jennie Hurlbut**
Paralegal – Team Phoenix
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575 - 8181 x 145
Direct (331) 307-7633
**Website:  www.AtlasConsumerLaw.com**
Email: jhurlbut@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.
**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.
**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*