# EXHIBIT D

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ANGELA BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case: 3:23-CV-03142 |
| JACKSONVILLE PACKAGING INDUSTRIES, LLC, and EXPRESS SERVICES, INC., | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

## DEFENDANT EXPRESS SERVICES, INC.'S NOTICE OF DEPOSITION OF PLAINTIFF ANGELA BURKE

Defendant EXPRESS SERVICES, INC., by and through undersigned counsel, and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Plaintiff Angela Burke on October 24, 2023, commencing at 10:00 AM (CT), via Zoom, a remote video platform.

The deposition will be taken before a certified court reporter authorized to administer oaths and will continue day to day until completed or adjourned to a mutually convenient time.

Dated: September 25, 2023

Tobias Schlueter (ARDC No. 6278392)
Abigail Wallach (ARDC No. 6341788)
Hilarie M. Carhill (ARDC No. 6340312)
**OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*tobias.schlueter@ogletree.com*
*abbey.wallach@ogletree.com*
*hilarie.carhill@ogletree.com*

By: /s/ Abigail Wallach
One of the Attorneys for Defendant
**EXPRESS SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 25, 2023, a true and correct copy of the foregoing ***Defendant Express Services, Inc.'s Notice of Deposition of Plaintiff Angela Burke*** was served by electronic mail upon the following:

***Attorneys for Plaintiff***
Chad W. Eisenback
Nathan C. Volheim
SULAIMAN LAW GROUP, LTD
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
630-575-8181
*ceisenback@sulaimanlaw.com*
*nvolheim@sulaimanlaw.com*

***Attorney for Defendant***
***Jacksonville Packaging Industries, Inc.***
Amy L Jackson
RAMMELKAMP BRADNEY, PC
232 W State St
PO Box 550
Jacksonville, IL 62650
217-245-6177
*ajackson@rblawyers.net*

         /s/ Abigail Wallach
         One of the Attorneys for Defendant
         **EXPRESS SERVICES, INC.**