Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAY 08 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Angela Burke,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 23-3142 |
| **Johnsonville Packaging, Inc., Express Services, Inc., and Johnsonville Packaging Industries, Inc.,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Angela Burke, recover nothing on her claims against Defendants, Johnsonville Packaging, Inc., Express Services, Inc., and Johnsonville Packaging Industries, Inc. Case dismissed with prejudice for failure to prosecute.

**Dated:** May 8, 2024

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court